E-FILED
Monday, 14 July, 2008 11:09:49 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Valarie Marshall

_____
Plaintiff(s)

vs.

Winpak Heat Seal Corporation

_____
Defendant(s)

**FILED**

JUL 14 2008

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Case No: 08-1170

PRO SE COMPLAINT AGAINST EMPLOYMENT DISCRIMINATION, UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C. §§ 2000e-5

I. PREVIOUS PROCEEDINGS BEFORE THE EQUAL EMPLOYMENT OPPORTUNITIES COMMISSION (EEOC)

  A. Have you filed a charge before the federal Equal Employment Opportunities Commission (EEOC) relating to this claim of employment discrimination?

  (✓) YES

  ( ) NO

  B. If your answer is YES, describe the EEOC proceeding:

   1. Parties to the previous EEOC proceeding:

    Petitioner (s) _____
    _____
    _____

Respondent (s) _____

_____

_____

2. Location of EEOC office that handled your charge Chicago
District office. 500 west madison st. Suit 2800

3. Docket or case number of your charge: 410-2008-03667

4. Disposition (what was the final result of your charge):_____
   Notice of Sue Rights.

_____

_____

_____

5. Has EEOC written you a right-to-sue letter (telling you that you have
   the right to sue in a United States District Court if you are dissatisfied
   with the disposition of your charge)?

   (✓) YES

   ( ) NO

6. Date of filing charge before EEOC: 2-15-08

7. Date of disposition by EEOC: _____

C. Attach copies of all documents you possess relating to
the EEOC proceeding, ESPECIALLY YOUR RIGHT-TO-SUE LETTER.

II. PREVIOUS LOCAL, STATE OR FEDERAL PROCEEDINGS OTHER THAN EEOC

A. Have you begun other legal proceedings before state or local courts or agencies, or a
federal court (but NOT the EEOC) relating to your claim of employment discrimination?

   ( ) YES

   (✓) NO

Page 3

B. If your answer is YES, describe each legal proceeding:

1. Parties to the previous legal proceeding:
   Plaintiff(s) or petitioner(s) _____

   _____

   _____

   Defendant(s) or respondent(s) _____

   _____

   _____

2. Name of court or agency: _____

   _____

   _____

3. Docket or case number: _____

4. Name of the judge or hearing officer: _____

   _____

5. Disposition (for example: Was the case dismissed? Who won? Was there an appeal? Is the appeal pending or final? _____

   _____

   _____

   _____

   _____

6. Date of beginning previous proceeding: _____

7. Date of disposition of proceeding: _____

NOTE: If there was more than one previous legal proceeding, excluding an EEOC proceeding, describe them on separate sheets of paper. Follow the outline above, label the sheets clearly, and attach them to this pro se complaint.

  C. Have you attached separate sheets regarding previous state, local or federal legal proceedings (other than EEOC)?

    ( ) YES

    (✓) NO

III. PARTIES TO YOUR PRO SE COMPLAINT OF EMPLOYMENT DISCRIMINATION

  A. Plaintiff(s)

    1. Your full name _____

    2. Your address _____

    3. Names and addresses of other plaintiffs, if any
    (You should name other plaintiffs only if they were
    petitioners with you in a previous EEOC proceeding, or
    else if EEOC began a previous proceeding on behalf of
    you and them): N/A

    (Use a separate sheet if necessary; label it clearly if so)

  B. Have you attached a separate sheet naming other plaintiffs?

    ( ) YES

    (✓) NO

  C. Defendant (s) (You should name here the first-named respondent, or else its successor, in the previous EEOC proceeding brought by you or on your behalf):

    1. Full name (individual or firm): Winpak Heat and Seal

2. Business address: __1821 Riverway Dr__
   __Pekin IL.__

3. Job position (if individual) __Utility Binder__

4. Status as an entity (if defendant is a business firm):

   (✓) Corporation

   ( ) Partnership

   ( ) Sole Proprietorship

   ( ) Other _____

(If you do not know this information, and you cannot find out by reasonable means, ask the defendant for it. If the defendant will not tell you, leave this section blank.)

5. Names, business addresses, and job position or entity status of other defendants, if any (you should name additional defendants only if they were named as respondents in a previous EEOC proceeding brought by you or on your behalf): _____

_____

_____

_____

_____

(Use a separate sheet if necessary; label it clearly if so)

D. Have you attached a separate sheet naming other defendants?

( ) YES

( ) NO

IV. STATEMENT OF YOUR CLAIM OF EMPLOYMENT DISCRIMINATION

A. Were you:
   ( ) Not hired?
   (X) Discharged?
   ( ) Suspended?
   ( ) Demoted?
   ( ) Denied Promotion?
   ( ) Denied Wage Increases?
   ( ) Other (please specify) _____

B. State here as briefly, concisely and clearly as possible the essential facts of your claim. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. Include precisely how each defendant in this action is involved. Include the names of other persons involved who are not defendants; give dates and place. Concentrate on describing as clearly and simply as possible the employment practice you allege to be illegal, and how it discriminated against you. IT IS NOT NECESSARY TO MAKE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. IN MOST CIRCUMSTANCES, THIS ONLY MAKES THE CLAIM OF A LAYMAN MORE DIFFICULT TO UNDERSTAND. AS MUCH AS POSSIBLE, LET THE FACTS SPEAK FOR THEMSELVES.

I Valarie Marshall was discharge from Winpak 2-14-08 for not working "enough" O.T. That was not mandatory. I worked beside another guy (John Johnson) white, who has never worked a days O.T. Since he been there. I was terminated when he was only written up. Before I was terminated I worked O.T 2-11-08, I was Schedule, 2-14-08, 2-16-08. but was fired anyway. In addition out of 500 employees. only 13 were black none in the office.

DO NOT FEEL COMPELLED TO USE ALL THE SPACE.

Page 7

V. RELIEF YOU REQUEST

Check below what you want the court to do for you. You may make as many checks as you like.

(✓) Should you prevail in this lawsuit, award you back pay.

(✓) Should you prevail in this lawsuit, reinstate you in your old position.

(✓) Should you prevail in this lawsuit, award you certain costs of suit (but not attorneys fees).

( ) Other _____

VI. JURY DEMAND ( ) YES (✓) NO

Signed this __7__ day of __July__, 20_08_

_Valarie Marshall_

(Signature of Plaintiff or Plaintiffs)

ADDRESS: 3806 Donna Ln
Apt A. Peoria IL. 61614

PHONE NO.: 688-5016

EEOC Form 161 (2/08)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Valarie Marshall<br>3806 Donna Ln<br>Apt. A<br>Peoria, IL 61614 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2800<br>Chicago, IL 60661 |

CERTIFIED MAIL 7099 3400 0018 8814 8969

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2008-03667 | Andrew Daley,<br>Investigator | (312) 886-7495 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

s/ John P Rowe

Enclosures(s)

**John P. Rowe,**
**District Director**

4/23/08
*(Date Mailed)*

cc: **WINPAK HEAT SEAL CORPORATION**

DATE: 2/14/08
PREPARED BY: Joan Maney

# Employee Counseling Summary

| EMPLOYEE: | Valarie Marshall | TITLE: | Bindery Utility |
|---|---|---|---|
| HIRE DATE: | 12/04/2007 | SUPERVISOR: | Shawn O'Connor |
| DEPARTMENT: | Bindery | | |

**List specific actions of the employee which are negatively impacting the employee's performance and the successful management of the department:**
Valarie was counseled on 12/18/07 regarding the need for her to pick up more overtime offered to her. She then received another evaluation on 1/30/08. At that time, she had only worked 9 of the 31 overtime slots offered to her. She was counseled again that she needed to pick up more of the overtime at her 1/30/08 evaluation. Since 1/21/08, Valarie has only worked 6 of the 20 days offered to her.

**What is the impact of these behaviors?**
When Valarie does not pick up her overtime, other employees are required to work extra hours. Because there are only 2 utilities on each shift, we have been unable to cover all of the overtime. This is a violation of the Collective Bargaining Agreement, putting the company at risk

**Expected results:**
Valarie is being terminated at this time.

**What action has management taken to assist the employee in achieving goals?**
(Include previous disciplinary actions and dates delivered.)
When Valarie was first interviewed, she was warned that there is a great deal of overtime in this position and she would be expected to pick up approximately two-thirds of the overtime. She stated it would not be a problem that she loved overtime. Since that time, Valarie has received two written evaluations stating that she needs to cover more of the overtime.

**Action Taken:**
❏ Verbal  ❏ Written  ❏ Suspension (____# of days w/o pay)  ☒ Termination

**Comments:**
_____
_____
_____
_____
_____
_____
_____

_____

I HAVE READ AND RECEIVED A COPY OF THE ABOVE STATEMENT. I UNDERSTAND THAT I HAVE THE OPTION TO SUBMIT WRITTEN COMMENTS OF MY OWN ABOUT THIS MATTER.


_____       _____
Employee's Signature                                 Date


_____       _____
Supervisor's Signature                                Date


_____       _____
Union Representative's Signature                      Date